# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v,<br><br>Jose Antonio Corona,<br><br>    Defendants. | Case No.: 21-MJ-1830-WVG<br><br>**ORDER UNSEALING CASE** |

Good cause having been shown,

IT IS HEREBY ORDERED that the case, 21-MJ-1830-WVG, be unsealed.

DATED: July 22, 2022

_____
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE